# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GAINA and EVELINA GAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHRIDGE HOSPITAL MEDICAL CENTER, DIGNITY HEALTH, DOES 1-10, Inclusive,<br><br>Defendants. | **Case No.: CV 18-177-DMG (RAOx)**<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [103]** |

Based upon the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety. The parties will bear their own attorneys' fees and expenses.

DATED: May 3, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-